# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JODY MARIE DAUSEY, | ) |
| | ) CASE NO. C12-1825-TSZ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF REMAND |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 13, to which no objections were timely filed. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES the Commissioner's decision and REMANDS this matter for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 11th day of June, 2013.

_____
THOMAS S. ZILLY
United States District Judge